UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF ~~United States District Court~~

~~Southern District of Texas~~
ENTERED

OCT 27 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

*In Re Grand Jury Proceeding*    §
§
§    CIVIL ACTION - Misc-B-98-027
§
§
§

## Order Setting Hearing

1.    *(Motion)* A hearing will be held before Judge Hilda G. Tagle on:

November 3 , 1998

at 10:00 A..m.

Courtroom,  Fourth Floor
United States Court House
500 East Tenth Street
Brownsville, Texas  78521.

2.    Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3.    The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery.  Counsel are to consult among themselves about these matters well in advance.  *See* Fed. R. Civ. P. 16.

Signed on October 27 , 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
mhrgddl.

ClibPDF - www.fastio.com